UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BODNAR, | No. 2:18-cv-2702-EFB P |
| Plaintiff, | |
| v. | ORDER |
| STEPHANIE CLENDENIN, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner and now a civil detainee, is proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 11, 2018, the court found that plaintiff had failed to pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit required by 28 U.S.C. § 1915(a)(1). Accordingly, the court ordered plaintiff to submit either the filing fee or the application required by § 1915(a)(1) within thirty days and warned him that failure to do so may result in this action being dismissed. ECF No. 3. The 30-day period has expired and plaintiff has neither paid the filing fee nor filed a in forma pauperis application.

Instead, plaintiff claims that because he is a civil detainee and not a prisoner, he is not required to comply with § 1915. ECF No. 6. Plaintiff is misinformed. As a civil detainee, plaintiff need not comply with § 1915(a)(2), which requires a prisoner trust account statement to be filed with any application for leave to proceed in forma pauperis. *See Page v. Torrey*, 201

F.3d 1136 (9th Cir. 2000). Like any unincarcerated person filing a lawsuit, however, plaintiff must either pay the filing fee required by § 1914(a) or seek leave to proceed in forma pauperis in accordance with § 1915(a)(1).

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a)(1). The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated: October 31, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE